# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| BONNIE DOUTHITT and AMBER TULBERT, individually and on behalf of a class of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MEMBERWORKS, INCORPORATED, NOW KNOWN AS VERTRUE INCORPORATED, ADAPTIVE MARKETING LLC, AND DOES 1 THROUGH 50,<br><br>    Defendants. | **Case No.: 3:09-cv-174**<br><br>**ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS PENDING MULTIDISTRICT LITIGATION TRANSFER, OR, IN THE ALTERNATIVE, TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

Good cause appearing, and based on the Consent Motion of the parties filed in this Action, all proceedings in the above-entitled Action are **STAYED** pending an order from the Judicial Panel on Multidistrict Litigation transferring this Action pursuant to 28 U.S.C. § 1407 for purposes of pretrial coordination.

    **IT IS SO ORDERED.**

    Signed: April 24, 2009

Graham C. Mullen
United States District Judge